## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2679 Disciplinary Docket No. 2 |
| | : | |
| JAMES STEPHEN DELSORDO | : | Board File No. C2-19-993 |
| | : | |
| | : | (VSB Docket No. 18-053-110776) |
| | : | |
| | : | Attorney Registration No. 60600 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 16th day of January, 2020, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, James Stephen DelSordo is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of one year and one day.  He shall comply with all the provisions of Pa.R.D.E. 217.